STATE of Missouri,
Plaintiff–Respondent,

v.

Suggs WILLIS, Jr.,
Defendant–Appellant.

No. 57345.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 26, 1991.

Henry B. Robertson, Loyce Hamilton, Asst. Public Defenders, St. Louis, for defendant-appellant.

William L. Webster, Atty. Gen., Geoffrey W. Prekshot, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

## ORDER

PER CURIAM.

Defendant appeals his conviction by a jury of tampering in the first degree, § 569.080.1(2), RSMo 1986. We affirm.

No jurisprudential purpose would be served by a written opinion. The parties have been furnished with a memorandum opinion for their information only which sets forth the facts and the reasons for our order affirming the judgment in accordance with Rule 30.25(b).